IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARON HAWKINS, JR.                                                                      PETITIONER

V.                              CAUSE NO. 3:22-CV-00084-NBB-JMV

STATE WARD RICE                                                  RESPONDENT

## ORDER SEALING DOCUMENTS

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of a minor child and victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this the 24th day of May, 2022.

                                                       /s/ Jane M. Virden
                                                       **JANE M. VIRDEN**
                                                       **UNITED STATES MAGISTRATE JUDGE**