IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ARON HAWKINS, JR.     PETITIONER

V.     CAUSE NO. 3:22-CV-00084-NBB-JMV

STATE WARD RICE     RESPONDENT

## ORDER

This matter comes before the Court, *sua sponte*, upon consideration of the petitioner's *pro se* filing submitted on June 3, 2022. Doc. # 10. In said filing, Petitioner sent a standard form motion for post-conviction collateral relief concerning a conviction from the Circuit Court of Panola County, Mississippi. As such motions fall strictly within the purview of the Mississippi state court system, the Court advises Petitioner that such motions must be sent to the appropriate state court, in this instance, the Circuit Court of Panola County, Mississippi. Should Petitioner have any questions regarding this process, he is encouraged to contact the relevant state court authorities.

**SO ORDERED**, this the 13th day of June, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**